IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00076-MR

| | |
|---|---|
| ANGELA TOWNSEND, ) ) Plaintiff, ) ) vs. ) ) SUN LIFE ASSURANCE COMPANY ) OF CANADA, ) ) Defendant. ) _____ ) | O R D E R |

**THIS MATTER** is before the Court on the Defendant's motion for the admission of attorney Steven J. Silver as counsel *pro hac vice*. [Doc. 15]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 15] is **ALLOWED**, and Steven J. Silver is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: July 7, 2018

Martin Reidinger
United States District Judge